# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Justin Washington

                Plaintiff,

v.

Cook County

                Defendant.

Case No.: 1:13–cv–07715
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 21, 2015:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 10/21/2015. Plaintiff's unopposed motion for conditional class certification for settlement purposes only [92] granted. Plaintiff's motion for class certification [65] withdrawn without prejudice. Defendant's motion to stay [79] withdrawn without prejudice. Status hearing set for 11/12/2015 is stricken and re−set to 12/1/2015 at 9:00 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.